ACCEPTED
14-14-00947-cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
12/28/2014 9:14:16 PM
CHRISTOPHER PRIN
CLERK

No. 14-14-00947-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 9:46:00 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| MARIANN BACHARACH, | § | IN THE 14TH DISTRICT |
| Appellant | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| John Doe aka Chris Carmona, | § | |
| Appellee | § | HOUSTON, TEXAS |

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE AFFIDAVIT OF INDIGENCE

Appellant Mariann Bacharach files this Motion for Extension of Time to File Affidavit of indigence pursuant to TEX. R APP.P.20.1(c)(3) and would respectfully show:

Appellant is appealing from a appealable order signed by the County Court at Law #2 County Court Harris County Texas on 10/15/2014 in the case styled John Doe v. Mariann Bacharach, cause no. 1050977. The deadline to file the Affidavit of Indigence was 11/20/2014. The Affidavit of Indigence was filed in the trial court on 12/16/2014. Appellant seeks an extension of time until 12/16/2014 to file the Affidavit of Indigence. This is Appellant's first request for an extension of time to file the Affidavit of Indigence.

This extension of time is necessary because the Appellant is currently involved in three appeals over the same issue. The Appellant had been instructed to assess all costs of filing the appeals before determining if she could afford to proceed and filed her affidavit with the trial court after these costs had been assessed. This extension of time is not sought for the purposes of delay, but so that justice may be done.

For these reasons, Appellant respectfully requests that the Court grant this motion and extend the deadline to file the Affidavit of Indigence until 12/16/2014. Appellant also requests all other relief to which Appellant is justly entitled.

Respectfully submitted,

By: __//s mariann bacharach/_____

Mariann Bacharach

P.O. Box 8217

Houston, Texas 77288

832-352-5926

bacharachmariann@gmail.com

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is opposed to this motion.



//s mariann bacharch/
[Counsel for Appellant]

**CERTIFICATE OF SERVICE**

I certify that on [insert date], I mailed a copy of this motion to the following counsel by First Class U.S. Mail eFile notice:

ERIC DICK

4325 Tulsa
Houston TX 77092
  *Counsel for Appellee*

         <u>  //s mariann bacharach/  </u>
         [Counsel for Appellant]